IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                              Civ. No. 1:20-cv-00454-SWS-MLC

$9,950.00 IN UNITED STATES CURRENCY,

$2,000.00 IN UNITED STATES CURRENCY,

$1,243.00 IN UNITED STATES CURRENCY,

    *Defendants-in-rem.*

and

ROBERT PADILLA,

    *Claimant.*

**NOTICE OF COMPLETION OF BRIEFING OF
UNITED STATES' MOTION TO STRIKE ANSWER**

Pursuant to D.N.M. LR-Civ. 7.4(e), the United States notifies the Court and parties that the briefing of the United States' Motion to Strike Answer (Doc. 6) filed on August 5, 2020 is complete and certifies that the motion is ready for decision. The following related pleadings have been filed:

1. Notice of Verified Claim Submitted to the Government filed on August 7, 2020. (Doc. 7).

2. Reply to Notice of Verified Claim filed on August 14, 2020. (Doc. 8).

Respectfully Submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed 9-2-2020*
STEPHEN R. KOTZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing;

_____/s/_____
STEPHEN R. KOTZ
Assistant U.S. Attorney