

# U.S. Department of Justice

United States Attorney

District of New Mexico

Post Office Box 607     505/346-7274
Albuquerque, New Mexico 87103     505/346-7224
FAX 505/346-7296

September 24, 2020

**VIA CERTIFIED MAIL :**
Francisco Lino Lopez
2801 Louden Circle
Las Vegas, NM 87701

RE: NOTICE OF COMPLAINT FOR FORFEITURE
*United States v. $9,950.00 in U.S. Currency, et.al.*,
Civil No. 1:20-cv-00454-SWS-MLC

To Potential Claimant:

The United States has filed a complaint for forfeiture against the Defendant Property in the above case on May 12, 2020. Enclosed are a Verified Complaint *in Rem* and a Notice of Complaint for Forfeiture Against Property.

By receipt of this letter, you are given actual notice of the forfeiture proceedings of the Defendant Property referred to in the complaint. If you wish to contest a forfeiture case, you must file a verified claim to the property within **35 days** of service of the complaint. The claim must be signed by the claimant under penalty of perjury and must identify the particular property or properties in which the claimant claims a legal right, title or interest. In addition, serve and file an answer to the complaint within **21 days** after filing the claim. Your claim and answer must be filed under the above case name and number in the United States District Court for the District of New Mexico, Clerk of the Court at 333 Lomas Blvd., N.W., Albuquerque, NM 87102, with a copy mailed to me. If you do not file the appropriate pleadings, I will request a default judgment.

Thank you for your attention to the matters discussed in this letter.

Sincerely yours,

JOHN C. ANDERSON
United States Attorney

Stephen R. Kotz
Assistant U.S. Attorney

Enclosures

**ATTACHMENT 1**



2017 3380 0000 4691 7723

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____        Postmark
☐ Certified M                                    Here
☐ Adult Sig
☐ Adult Sig
Postage      Francisco Lino Lopez
$            2801 Louden Circle
Total Posta  Las Vegas, NM 87701
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

**ATTACHMENT 1**

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70173380000046917723

Your item was delivered at 11:32 am on October 8, 2020 in LAS VEGAS, NM 87701.

## ✓ Delivered

October 8, 2020 at 11:32 am
Delivered
LAS VEGAS, NM 87701

Feedback

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**ATTACHMENT 1**



## U.S. Department of Justice

United States Attorney
District of New Mexico

---

Post Office Box 607      505/346-7274
Albuquerque, New Mexico 87103   505/346-7224
FAX 505/346-7296

September 24, 2020

Francisco Lino Lopez
2801 Louden Circle
Las Vegas, NM 87701

      RE:   NOTICE OF COMPLAINT FOR FORFEITURE
             *United States v. $9,950.00 in U.S. Currency, et.al.*,
             Civil No. 1:20-cv-00454-SWS-MLC

To Potential Claimant:

      The United States has filed a complaint for forfeiture against the Defendant Property in the above case on May 12, 2020. Enclosed are a Verified Complaint *in Rem* and a Notice of Complaint for Forfeiture Against Property.

      By receipt of this letter, you are given actual notice of the forfeiture proceedings of the Defendant Property referred to in the complaint. If you wish to contest a forfeiture case, you must file a verified claim to the property within **35 days** of service of the complaint. The claim must be signed by the claimant under penalty of perjury and must identify the particular property or properties in which the claimant claims a legal right, title or interest. In addition, serve and file an answer to the complaint within **21 days** after filing the claim. Your claim and answer must be filed under the above case name and number in the United States District Court for the District of New Mexico, Clerk of the Court at 333 Lomas Blvd., N.W., Albuquerque, NM 87102, with a copy mailed to me. If you do not file the appropriate pleadings, I will request a default judgment.

      Thank you for your attention to the matters discussed in this letter.

                                              Sincerely yours,

                                              JOHN C. ANDERSON
                                              United States Attorney

                                              Stephen R. Kotz
                                              Assistant U.S. Attorney

Enclosures

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

  *Plaintiff,*

v.               **Civ. No. 1:20-cv-00454-SWS-MLC**

$9,950.00 IN UNITED STATES CURRENCY,

$2,000.00 IN UNITED STATES CURRENCY,

$1,243.00 IN UNITED STATES CURRENCY,

  *Defendants-in-rem.*

 To: FRANCISCO LINO LOPEZ

## NOTICE OF COMPLAINT FOR FORFEITURE
## AGAINST PROPERTY

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on May 12, 2020 in the United States District Court for the District of New Mexico on behalf of the United States of America, plaintiff, against the Defendant Property. The complaint alleges that said property may, for the causes stated in the complaint, be forfeited to the United States.

All persons asserting an interest in or claim against the Defendant Property and who have received direct notice of the forfeiture action must file a verified claim with the Clerk of this Court pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, **thirty-five (35) days** after the notice is sent. In addition, any person having filed such a claim shall also serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within **twenty-one (21) days** after filing the claim.

Supplemental Rule G(5) provides in pertinent part: "The claim **must**: (A) identify the

ATTACHMENT 1

specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on Assistant United States Attorney, [Stephen R. Kotz], designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."

Claims and Answers are to be filed with the Clerk, United States District Court for the District of New Mexico, 333 Lomas Blvd., N.W., Albuquerque, NM 87102 with a copy thereof sent to the Assistant United States Attorney, P.O. Box 607, Albuquerque, NM 87103. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §1602-1619, 28 C.F.R. Part 9, and 18 U.S.C. § 983.

Please check www.forfeiture.gov for a listing of all judicial forfeiture notices.

Dated: AUG 17 2020

Mitchell R. Elfers
Clerk of Court

By: _____
Deputy Clerk

ATTACHMENT 1