

# U.S. Department of Justice
United States Attorney
District of New Mexico

Post Office Box 607         505/346-7274
Albuquerque, New Mexico 87103    505/346-7224
FAX 505/346-7296

June 11, 2020

Sharlett M. Martinez
479 Vegas Drive
Las Vegas, NM 87701

      RE:    NOTICE OF COMPLAINT FOR FORFEITURE
              *United States v. $9,950 in U.S. Currency, et.al.*,
              Civil No. 1:20-cv-00454-SWS-MLC

To Potential Claimant:

      The United States has filed a complaint for forfeiture against the Defendant Property in the above case on May 12, 2020. Enclosed are a Verified Complaint *in Rem* and a Notice of Complaint for Forfeiture Against Property.

      By receipt of this letter, you are given actual notice of the forfeiture proceedings of the Defendant Property referred to in the complaint. If you wish to contest a forfeiture case, you must file a verified claim to the property within **35 days** of service of the complaint. The claim must be signed by the claimant under penalty of perjury and must identify the particular property or properties in which the claimant claims a legal right, title or interest. In addition, serve and file an answer to the complaint within **21 days** after filing the claim. Your claim and answer must be filed under the above case name and number in the United States District Court for the District of New Mexico, Clerk of the Court at 333 Lomas Blvd., N.W., Albuquerque, NM 87102, with a copy mailed to me. If you do not file the appropriate pleadings, I will request a default judgment.

      Thank you for your attention to the matters discussed in this letter.

                                    Sincerely yours,

                                    JOHN C. ANDERSON
                                    United States Attorney

                                    Stephen R. Kotz
                                    Assistant U.S. Attorney

Enclosures

ATTACHMENT 3



# U.S. Department of Justice
## United States Attorney
## District of New Mexico

Post Office Box 607        505/346-7274
Albuquerque, New Mexico 87103    505/346-7224
FAX 505/346-7296

June 11, 2020

Sharlett M. Martinez
917 Pain Verde Drive Apt. 7
Las Vegas, NM 87701

      RE:    NOTICE OF COMPLAINT FOR FORFEITURE
               *United States v. $9,950.00 in U.S. Currency, et.al.*,
               Civil No. 1:20-cv-00454-SWS-MLC

To Potential Claimant:

      The United States has filed a complaint for forfeiture against the Defendant Property in the above case on May 12, 2020. Enclosed are a Verified Complaint *in Rem* and a Notice of Complaint for Forfeiture Against Property.

      By receipt of this letter, you are given actual notice of the forfeiture proceedings of the Defendant Property referred to in the complaint. If you wish to contest a forfeiture case, you must file a verified claim to the property within **35 days** of service of the complaint. The claim must be signed by the claimant under penalty of perjury and must identify the particular property or properties in which the claimant claims a legal right, title or interest. In addition, serve and file an answer to the complaint within **21 days** after filing the claim. Your claim and answer must be filed under the above case name and number in the United States District Court for the District of New Mexico, Clerk of the Court at 333 Lomas Blvd., N.W., Albuquerque, NM 87102, with a copy mailed to me. If you do not file the appropriate pleadings, I will request a default judgment.

      Thank you for your attention to the matters discussed in this letter.

                                      Sincerely yours,

                                      JOHN C. ANDERSON
                                      United States Attorney

                                      Stephen R. Kotz
                                      Assistant U.S. Attorney

Enclosures

ATTACHMENT 3