**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

       *Plaintiff,*

    v.                                      **Civ. No. 1:20-cv-00454-SWS-MLC**

$9,950.00 IN UNITED STATES CURRENCY,

$2,000.00 IN UNITED STATES CURRENCY,

$1,243.00 IN UNITED STATES CURRENCY,

       *Defendants-in-rem.*

## <u>VERIFIED DECLARATION OF NON-MILITARY SERVICE</u>

Upon information and belief, neither the Defendant nor any Claimants are a person in the military service of the United States of America or her allies, has been ordered to appear for induction, or is entitled to any of the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended to date.

             Respectfully submitted,

             JOHN C. ANDERSON
             United States Attorney

             *<u>Electronically filed November 19, 2020</u>*
             STEPHEN R. KOTZ
             Assistant U.S. Attorney
             P.O. Box 607
             Albuquerque, NM  87103-0607
             (505) 346-7274

**28 U.S.C. 1746 DECLARATION**

I am an Assistant United States Attorney for the District of New Mexico who has read the Declaration of Non-Military Service; and the statements contained in the Declaration are true to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States that this Declaration is true and correct.

DATED:   11/19/2020                                   /s/
                                                STEPHEN R. KOTZ
                                                Assistant U.S. Attorney